■ MARY K. O'CONNELL, Appellant, v MAX JACOBS et al., Individually and as Parents and Natural Guardians of SETH JACOBS, an Infant, Respondents. (Appeal No. 3.)—Judgment unanimously affirmed without costs. Same Memorandum as in *O'Connell v Jacobs* ([appeal No. 2] 181 AD2d 1064 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, McGowan, J.—Negligence.) Present—Green, J. P., Pine, Balio, Lawton and Davis, JJ.